IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> ACGN STATION STORE, et al., <br><br> Defendants. | Case No. 18-cv-07462 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Entertainment One UK Ltd. ("eOne") hereby dismisses this action with prejudice against the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| dreamy store | 19 |
| extraordinary baby store | 20 |
| fortune Store | 21 |
| wertqty Store | 34 |

Dated this 7th day of February 2019.    Respectfully submitted,

/s/ Justin R. Gaudio_____
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Entertainment One UK Ltd.*

1